IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY A. BROCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-cv-270-MJR-DGW |
| | ) |
| BEELMAN TRUCK COMPANY, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM AND ORDER

REAGAN, District Judge:

Terry Brock, a former diesel mechanic working at Beelman Truck Company, filed an employment discrimination lawsuit against his ex-employer in this Court in April 2010. Beelman timely answered in June 2010 and filed its corporate disclosure statement in late July 2010. One of the defense attorneys (Stephen Wigginton, who was in private practice but became the United States Attorney for this Judicial District) moved to withdraw as Beelman's counsel. That motion was granted in August 2010. Brock filed motions for appointment of counsel and for leave to correct/supplement his complaint, which were ruled on by Magistrate Judge Donald G. Wilkerson in September 2010 and October 2010 (see Docs. 13, 14, 18 and 19).

After six months passed without further activity by Plaintiff, Defendant Beelman moved to dismiss this case for want of prosecution (Doc. 20). The undersigned District Judge directed Plaintiff Brock to respond by June 16, 2011 or face dismissal of this action.

Brock timely responded, indicating that he is attempting to pursue his claims, describing the difficulties he has encountered (proceeding without an attorney) in "gathering

1

information" as to past and present Beelman employees, and requesting the Court's assistance in obtaining relevant discovery materials from Defendant Beelman (Doc. 21). Cognizant of Brock's pro se status, Brock's prompt response to the pending dismissal motion, and the fact that the failure to "track" the case and enter a Scheduling and Discovery Order may have contributed to the case temporarily stalling, the Court DENIES Defendant Beelman's motion to dismiss this suit based on Plaintiff's want of prosecution (Doc. 20).

Additionally, the Court hereby TRACKS this case a B, SETS JURY TRIAL at **9:00 am on Monday, June 11, 2012**, with a FINAL PRETRIAL CONFERENCE before the undersigned Judge at **11:00 am on Wednesday, May 30, 2012**. It is anticipated that Judge Wilkerson will enter a Scheduling and Discovery Order in accordance with these dates. Finally, it appears Defendant's real name is Beelman Truck Company, but Defendant was improperly named (and remains listed on the docket sheet as Beelm*en* Truck*ing* Company; see Doc. 12). The undersigned Judge anticipates that this will be clarified in subsequent pleadings or Orders, perhaps via Judge Wilkerson directing Plaintiff to file a "First Amended Complaint" which corrects Defendant's name *and* incorporates the material in his original complaint (Doc. 1) with the material in the exhibit to his motion to correct/amend complaint (Doc. 14).

IT IS SO ORDERED.

DATED June 17, 2011.

s/ **Michael J. Reagan**
Michael J. Reagan
United States District Judge