IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY A. BROCK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.  3:10-cv-00270-MJR-DGW |
| | ) |
| BEELMAN TRUCK CO., | ) |
| | ) |
|    Defendant. | ) |

**PROTECTIVE ORDER**

Pending before the Court is a Motion for Protective Order filed by Defendant Beelman Truck Company (Doc. 58) and Plaintiff's objection to the motion (Doc. 52).  In accordance with Federal Rule of Civil Procedure 26(c), the Court finds there is good cause to enter an order protecting the production of documents relating to Defendant's trade secrets or other proprietary information.  Wherefore, the Court hereby **GRANTS** the Defendant's Motion for Protective Order (Doc. 58).  The parties are reminded that should any disputes arise regarding the scope or application of this protective order, they are required to contact the Court before filing a motion.

    **IT IS HEREBY ORDERED:**

    1.    The Defendant may designate as "Confidential" documents that may be confidential or proprietary and/or contain trade secrets of the Defendant.  The discovery and inspection of said documents shall be conducted pursuant to the following terms, restrictions and conditions.

    2.    The information contained in said documents shall be disclosed only to the Plaintiff in this action or only to individuals certified by same as employed by or assisting in preparation for, or at the trial of, this action.

3. That any said documents or information contained therein shall be used only for the purposes of prosecuting this action.

4. That any person or firm to whom said documents or information contained therein is to be disclosed shall first be advised by the Plaintiff making that disclosure, that pursuant to this Protective Order, such person or firm may not divulge any said documents or information to any other person. Plaintiff shall secure from each such person or firm a written statement that he or she understands that pursuant to this Protective Order, such person or firm may not divulge any said documents or information to any other person and that he or she further submits to this Court's jurisdiction for contempt or any other appropriate proceeding in the event of any alleged violation of this Protective Order.

5. In the event that said documents or information contained therein are included with, or the contents thereof are in any way disclosed, in any pleading, motion, or other paper filed with the Clerk of this Court, such confidential documents or information shall be kept under seal by the Clerk until further order of the Court. Any use of any said document or of information contained therein and any testimony associated with the information contained therein shall be held *in camera* unless the Court orders otherwise upon good cause shown.

6. In the event the Plaintiff objects to Defendant's designation of a document as subject to this Protective Order, Plaintiff must advise counsel for the Defendant of that fact in writing. Within 30 days of being advised in writing of the objection to the designation of a document as subject to this Protective Order, the Defendant may file a Motion for Protective Order with respect to the documents and/or materials objected to, and the Defendant shall have the burden of proving that the document is entitled to a "Confidential" classification.

7. If either party or an interested member of the public contends that any documents and information or portions thereof which have been classified as Confidential and filed under seal are not entitled to protection, they may petition the Court for authority to publish the material. The information shall continue to be protected as Confidential Matter until further order of this Court pursuant to a hearing.

8. That upon the termination of this action, all copies furnished by Defendant to Plaintiff or any other party to this action, or copies made by anyone of such documents or the information contained therein, together with all originals and copies of notes, sketches, data, compilations, extracts, and reproductions shall be returned to counsel for the Defendant.

DATED: November 7, 2011

*/s/ Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**